GEORGE F. HEWSON, APPELLANT, v. CITY OF NEWARK ET AL., RESPONDENTS.

Submitted December 6, 1920—Decided February 28, 1921.

On appeal from the Supreme Court, whose opinion is reported in 95 *N. J. L.* 28.

For the appellant, *Edwin G. Adams.*

For the respondents, *Jerome T. Congleton.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, KATZENBACH, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON, JJ. 13.

*For reversal*—WHITE, J. 1.